IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

AARON L. GREEN, JR.,   \*

    Plaintiff,   \*

v.   Case No. 7:20-CV-123(HL)

  \*

GENE SCARBROUGH, et al., 

  \*

    Defendants.

  \*

## J U D G M E N T

Pursuant to this Court's Order dated June 1, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of June, 2022.

                                          David W. Bunt, Clerk

                                          s/ S. B. DeCesare, Deputy Clerk